FILED
2009 Mar-25 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN SMITH, and <br> JENNIFER SMITH, <br><br> *Plaintiffs,* <br><br> v. <br><br> BAY FINANCE COMPANY, LLC, a foreign limited liability company, REDSTONE FEDERAL CREDIT UNION, a domestic corporation, EQUIFAX INFORMATION SERVICES, LLC., a foreign corporation, TRANS UNION, LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC. a foreign corporation, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No.: 5:09-cv-196-CLS |

## NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICE, LLC.

COME NOW Plaintiffs, Jonathan and Jennifer Smith, by and through counsel, and give notice to this Honorable Court that the Plaintiffs have settled all pending claims with Defendant Equifax Information Service, LLC.  That the Plaintiffs hereby request that the following stated Defendant be dismissed with prejudice from this lawsuit:  Equifax Information Service, LLC.

RESPECTFULLY SUBMITTED this the 25th day of March, 2009.

/s/ Andy Nelms
K. Anderson Nelms (NEL022)
2005 Cobbs Ford Road, Suite 301-A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICE, LLC by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto or through this court's CM/ECF Electronic Filing system to ensure delivery to :

  All Attorneys of Record

              /s/ Andy Nelms
              OF COUNSEL