# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN SMITH, and <br> JENNIFER SMITH, <br><br> *Plaintiffs,* <br><br> v. <br><br> BAY FINANCE COMPANY, LLC, a foreign limited liability company, REDSTONE FEDERAL CREDIT UNION, a domestic corporation, EQUIFAX INFORMATION SERVICES, LLC., a foreign corporation, TRANS UNION, LLC, a foreign limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC. a foreign corporation, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 5:09-cv-196-CLS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Jonathan and Jennifer Smith and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, and hereby stipulate this Honorable Court may dismiss with prejudice the Complaint and all of Plaintiffs' claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., in this matter, with costs taxed as paid.

RESPECTFULLY SUBMITTED, this 17th day of April, 2009.

/s/   Andy Nelms
Keith Anderson Nelms (ASB-6972-E63K)
Attorney - Plaintiff
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
334-351-1770
334-351-1774 - Fax

andynelms@andersonnelms.com


/s/   Brooke W. McEckron
Brooke W. McEckron
Attorney for Defendant Experian
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
(404) 581-8339
bwmceckron@jonesday.com


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid, or through this court's CM/ECF Electronic Filing system, on this the 17th day of April, 2009, on the following:

All attorneys of record

/s/   Andy Nelms
Of Counsel