# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JONATHAN SMITH and JENNIFER SMITH,** ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **Civil Action No. CV-09-S-196-NE** |
| **BAY FINANCE COMPANY, LLC,** *et al.*, ) ) ) | |
| Defendants. ) | |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

In accordance with the joint stipulation of dismissal by plaintiffs Jonathan and Jennifer Smith and defendant Redstone Federal Credit Union, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),[1] it is ORDERED that all claims against defendant Redstone Federal Credit Union, be, and the same hereby are, DISMISSED with prejudice. Costs are taxed as paid.

DONE this 24th day of April, 2009.

_____
United States District Judge

---

[1] *See* doc. no. 28.