FILED
2009 Dec-07 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN SMITH and JENNIFER SMITH, </br></br>    Plaintiffs, </br></br> vs. </br></br> BAY FINANCE COMPANY, LLC, *et al.*, </br></br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. CV-09-S-196-NE |

## ORDER OF DISMISSAL

This case is before the court on the stipulation for dismissal of all claims against the sole remaining defendant, Trans Union, LLC, executed by plaintiffs, Jonathan and Jennifer Smith, who appear *pro se*, and counsel for Trans Union (doc. no. 32). Accordingly, it is ORDERED that all of plaintiffs' claims against Trans Union, LLC are DISMISSED, with prejudice. Costs are taxed to the party who or which incurred them. The clerk is directed to close this file.

DONE this 7th day of December, 2009.

_____
United States District Judge